07/14/2019 E-FILED
Friday, 19 July, 2019 01:26:22 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 19 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE:                                    Case No.:

UNITED STATES OF AMERICA               Peoria IL: 95:10041-001

v.

EDWARD HAMMOND

PROVIDED TO AVON PARK
CORRECTIONAL INSTITUTION
On 7/14/19 FOR MAILING
BY _Colon_ E.H.

## REQUEST FOR DOCUMENTS

Dear Sir: I respectfully request the following documents relating to my Federal case No.: Peoria IL: 95-10041-001 and providing the dates the documents were entered:

DOCUMENT REQUESTED:

1. August 6, 2001, motion rule 35 to reduce by United State Attorney as to Edward Hammond (HK, ILcd) (entered August 7, 2001)

2. November 6, 2001, Amended judgment and commitment order as to defendant Edward M. Hammond by Judge Michael M. Mihm. (pursuant to rule 35) (CL, Ilcd) (entered: November 6, 2001)

3. March 14, 2003 Presentence Report on Edward Hammond (CL, ILcd) (entered March 14, 2003)

4. March 14, 2003 Sentence recommendations (CL, ILcd) (entered March 19, 2003)

Respectfully submitted,

*Edward M. Hammond*
Edward M. Hammond
Avon Park Correctional Inst.
8100 Highway 64 E
Avon Park, FL 33825
DC# 093433

Edward Hammond #093433
Avon Park Correctional Institution
8100 Hwy 64 East
Avon Park, Florida
33825



MAILED FROM A STATE CORRECTIONAL INSTITUTION

United States District Court
Office of the Clerk
309 U.S. Courthouse
100 N.E. Monroe street
Peoria, Illinois 61602

LEGAL MAIL