95-10041

Dear Clerk    9222

I had the enclosed motion and Exhibits electronically filed here at the Stateville C.C. on 8-22-22

As of today when I called to check on it, it isn't showing up as being filed and put on a judges docket to be heard.

Can You Please Tell Me What The Status Of My Motion.

Thank You For Your Time

Sincerely,

James Snow N-50072
P.O. Box 112
Joliet, Il.
60434

FILED
SEP - 6 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS